| United States Bankruptcy Court<br>**Middle District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**University Directories, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA The AroundCampus Group** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-2001803** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**88 Vilcom Center Drive, Suite 160**<br>**Chapel Hill, NC**<br><br>ZIP Code **27514** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ■ Debts are primarily<br>business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **University Directories, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)                (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **University Directories, LLC** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

X **/s/ John A. Northen, NCSB** _____
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208**

_____
Address

**(919) 968-4441**
Telephone Number

**October 24, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James A. Heavner** _____
Signature of Authorized Individual

**James A. Heavner**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 24, 2014**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **University Directories, LLC**          ,     Case No. _____

                                            Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Print Shop Management, LLC**<br>**Middle District of North Carolina** | **Affiliate** | **10/24/14** |
| **Vilcom Interactive Media, LLC**<br>**Middle District of North Carolina** | **Affiliate** | **10/24/14** |
| **Vilcom Properties, LLC**<br>**Middle District of North Carolina** | **Affiliate** | **10/24/14** |
| **Vilcom Real Estate Development (VRD), LLC**<br>**Middle District of North Carolina** | **Affiliate** | **10/24/14** |
| **Vilcom, LLC**<br>**Middle District of North Carolina** | **Affiliate** | **10/24/14** |

# United States Bankruptcy Court
## Middle District of North Carolina

In re    University Directories, LLC            Case No. _____

                               Debtor(s)          Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Action Printing<br>Attn: Managing Agent<br>N6637 Rolling Meadows Drive<br>Fond du Lac, WI 54936 | Action Printing<br>Attn: Managing Agent<br>N6637 Rolling Meadows Drive<br>Fond du Lac, WI 54936 | Goods Delivered | | 1,235,510.00 |
| BCG Systems, Inc.<br>Attn: Managing Agent<br>1735 Merriman Road<br>Akron, OH 44313-9007 | BCG Systems, Inc.<br>Attn: Managing Agent<br>1735 Merriman Road<br>Akron, OH 44313-9007 | Contract Fee | | 34,634.00 |
| Central Michigan University<br>Attn: Managing Agent<br>West Hall 201<br>Mt Pleasant, MI 48859 | Central Michigan University<br>Attn: Managing Agent<br>West Hall 201<br>Mt Pleasant, MI 48859 | Contract Fee | | 35,000.00 |
| CMI, Credit Mediators, Inc.<br>Attn: Managing Agent<br>P O Box 456<br>Upper Darby, PA 19082-0456 | CMI, Credit Mediators, Inc.<br>Attn: Managing Agent<br>P O Box 456<br>Upper Darby, PA 19082-0456 | Services provided | | 47,380.00 |
| Hess Print Solutions<br>Attn: Managing Agent<br>3765 Sunnybrook Road<br>Brimfield, OH 44240 | Hess Print Solutions<br>Attn: Managing Agent<br>3765 Sunnybrook Road<br>Brimfield, OH 44240 | Goods Delivered | | 72,890.00 |
| North Carolina State University<br>Attn: Managing Agent<br>CB 7208<br>Raleigh, NC 27695 | North Carolina State University<br>Attn: Managing Agent<br>CB 7208<br>Raleigh, NC 27695 | Contract Fee | | 54,000.00 |
| Oregon State University<br>Attn: Managing Agent<br>Memorial Union East # 118<br>Corvallis, OR 97331-1614 | Oregon State University<br>Attn: Managing Agent<br>Memorial Union East # 118<br>Corvallis, OR 97331-1614 | Contract Fee | | 28,000.00 |
| Ripon Printers<br>Attn: Managing Agent<br>P.O. Box 6<br>Ripon, WI 54971-0006 | Ripon Printers<br>Attn: Managing Agent<br>P.O. Box 6<br>Ripon, WI 54971-0006 | Goods Delivered | | 1,009,979.00 |
| The College Of William And Mary<br>Attn: Managing Agent<br>Jones Hall, Room 12<br>Williamsburg, VA 23185 | The College Of William And Mary<br>Attn: Managing Agent<br>Jones Hall, Room 12<br>Williamsburg, VA 23185 | Contract Fee | | 62,000.00 |

In re   University Directories, LLC                     Case No.

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| United Graphics, Inc.<br>2916 Marshall Avenue<br>Attn: Managing Agent<br>Mattoon, IL 61938 | United Graphics, Inc.<br>2916 Marshall Avenue<br>Attn: Managing Agent<br>Mattoon, IL 61938 | Goods Delivered | | 156,485.00 |
| University Of Alabama-Tuscaloosa<br>117 Rose Administration Bldg<br>Attn: Managing Agent<br>Tuscaloosa, AL 35487 | University Of Alabama-Tuscaloosa<br>117 Rose Administration Bldg<br>Attn: Managing Agent<br>Tuscaloosa, AL 35487 | Contract Fee | | 72,763.00 |
| University Of Central Florida<br>12461 Research Pkwy<br>Attn: Managing Agent<br>Orlando, FL 32816 | University Of Central Florida<br>12461 Research Pkwy<br>Attn: Managing Agent<br>Orlando, FL 32816 | Contract Fee | | 26,000.00 |
| University Of Iowa Student Services<br>249 Iowa Memorial Union<br>Attn: Belinda Marner<br>Iowa City, IA 52245 | University Of Iowa Student Services<br>249 Iowa Memorial Union<br>Attn: Belinda Marner<br>Iowa City, IA 52245 | Contract Fee | | 32,000.00 |
| University Of Northern Iowa<br>126 E Bartlett<br>Attn: Managing Agent<br>Cedar Falls, IA 50614-0392 | University Of Northern Iowa<br>126 E Bartlett<br>Attn: Managing Agent<br>Cedar Falls, IA 50614-0392 | Contract Fee | | 30,000.00 |
| University Of Texas At Austin<br>100 W Dean Keeton, A5800<br>Attn: Managing Agent<br>Austin, TX 78713 | University Of Texas At Austin<br>100 W Dean Keeton, A5800<br>Attn: Managing Agent<br>Austin, TX 78713 | Contract Fee | | 56,000.00 |
| University Of Virginia<br>1001 North Emmet Street<br>Attn: Managing Agent<br>Charlottesville, VA 22904 | University Of Virginia<br>1001 North Emmet Street<br>Attn: Managing Agent<br>Charlottesville, VA 22904 | Contract Fee | | 55,000.00 |
| University Of Wisconsin - Milwaukee<br>3203 N Downer Avenue<br>Attn: Managing Agent<br>Milwaukee, WI 53211 | University Of Wisconsin - Milwaukee<br>3203 N Downer Avenue<br>Attn: Managing Agent<br>Milwaukee, WI 53211 | Contract Fee | | 45,000.00 |
| University Of Wisconsin-Stevens Pt<br>900 Reserve Street<br>Attn: Managing Agent<br>Stevens Point, WI 54481 | University Of Wisconsin-Stevens Pt<br>900 Reserve Street<br>Attn: Managing Agent<br>Stevens Point, WI 54481 | Contract Fee | | 36,000.00 |
| Wells Fargo Bank, N.A.<br>Attn: Linda Weidner, CRT Group<br>100 E. Wisconsin Ave., Suite 1680<br>Milwaukee, WI 53202 | Wells Fargo Bank, N.A.<br>Attn: Linda Weidner, CRT Group<br>100 E. Wisconsin Ave., Suite 1680<br>Milwaukee, WI 53202 | Loan | | 1,746,186.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    University Directories, LLC
_____    Case No. _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Western Michigan University<br>Attn:  Managing Agent<br>300 E Wallwood Hall<br>Kalamazoo, MI 49008 | Western Michigan University<br>Attn:  Managing Agent<br>300 E Wallwood Hall<br>Kalamazoo, MI 49008 | Contract Fee | | 63,860.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    October 24, 2014
_____

Signature    /s/ James A. Heavner
_____
            James A. Heavner
            Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court

## Middle District of North Carolina

In re **University Directories, LLC**
,
Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,552,235.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,206,032.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 3,948.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 6,295,290.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | Total Assets | | 3,552,235.84 | | |
| | | Total Liabilities | | 8,505,270.00 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **University Directories, LLC**          ,     Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re     **University Directories, LLC**                                ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BNC Deposit Account | - | 1,985.84 |
| | | BNC Payroll Account | - | 0.00 |
| | | Wells Fargo Operating Account | - | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total &gt;      <b>2,485.84</b><br>(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **100% Interest in Student Advertising Network, LLC** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receiveable (Net of Allowance for Bad Debt)** | - | **2,359,750.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **2,359,750.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re  **University Directories, LLC** _____ ,  Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Leasehold Improvements | - | 30,000.00 |
| | | Mobile App | - | 320,000.00 |
| | | Computer Hardware | - | 75,000.00 |
| | | Computer Software | - | 0.00 |
| | | Other Equipment | - | 50,000.00 |
| | | Capital Leases | - | 650,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture and Fixtures | - | 50,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

                                                         Sub-Total >        1,175,000.00
                                                      (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **University Directories, LLC**                                            ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Prepaid Expenses** | **-** | **15,000.00** |

| | | |
|---|---|---|
| | Sub-Total > | **15,000.00** |
| | (Total of this page) | |
| | Total > | **3,552,235.84** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                                          (Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __University Directories, LLC_____,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 2013 | | | | | |
| CIT Finance LLC Attn: Managing Agent 21146 Network Place Chicago, IL 60673-1211 | | - | UCC Security Interest Computer Software and Equipment per UCC filing | | | | | |
| | | | Value $               Unknown | | | | 82,248.00 | Unknown |
| Account No. | | | 2012 | | | | | |
| EverBank Commercial Finance Inc. Attn: Managing Agent PO Box 911608 Denver, CO 80291 | | - | UCC Computer Software and Equipment per UCC filing | | | | | |
| | | | Value $               Unknown | | | | 46,487.00 | Unknown |
| Account No. | | | 2012 | | | | | |
| Key Equipment Finance Inc. Attn: Managing Agent PO Box 74713 Cleveland, OH 44194 | | - | UCC Security Interest Computer Software and Equipment per UCC filing | | | | | |
| | | | Value $               Unknown | | | | 39,886.00 | Unknown |
| Account No. | | | 2013 | | | | | |
| LEAF Capital Funding, LLC Attn: Managing Agent One Commerce Square 14th Floor Philadelphia, PA 19103 | | - | UCC Security Interest Software per UCC filing | | | | | |
| | | | Value $               Unknown | | | | 95,064.00 | Unknown |
| __1__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 263,685.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re     **University Directories, LLC**
_____,     Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **19653** | | | | | 3/2/2006 | | | | | |
| UDX, LLC Attn: Managing Agent 2222 Sedwick Road Durham, NC 27713 | X | - | | | UCC Security Interest Inventory, Equipment, Accounts and General Intangibles | | | X | | |
| | | | | | Value $           Unknown | | | | 182,783.00 | Unknown |
| Account No. **24730** | | | | | 2/14/2008 | | | | | |
| UDX, LLC Attn: Managing Agent 2222 Sedwick Road Durham, NC 27713 | X | - | | | UCC Security Interest Inventory, Equipment, Accounts and General Intangibles | | | X | | |
| | | | | | Value $           Unknown | | | | 234,231.00 | Unknown |
| Account No. **31250** | | | | | 7/30/2006 - 12/17/2013 | | | | | |
| UDX, LLC Attn: Managing Agent 2222 Sedwick Road Durham, NC 27713 | X | - | | | UCC Security Interest Inventory, Equipment, Accounts and General Intangibles | | | X | | |
| | | | | | Value $           Unknown | | | | 886,029.00 | Unknown |
| Account No. **16691** | | | | | 7/30/2006 - 12/17/2013 | | | | | |
| UDX, LLC Attn: Managing Agent 2222 Sedwick Road Durham, NC 27713 | X | - | | | UCC Security Interest Inventory, Equipment, Accounts and General Intangibles | | | X | | |
| | | | | | Value $           Unknown | | | | 572,000.00 | Unknown |
| Account No. | | | | | 2013 | | | | | |
| US Bank Equipment Finance Attn: Managing Agent P.O. Box 790448 St. Louis, MO 63179-0448 | | - | | | UCC Security Interest Computer Software and Equipment per UCC filing | | | | | |
| | | | | | Value $           Unknown | | | | 67,304.00 | Unknown |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,942,347.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,206,032.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

.

In re    **University Directories, LLC**              ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

        * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                          1    continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| **Division of Employment Security formerly Employment Security Commission 700 Wade Avenue P.O. Box 26504 Raleigh, NC 27611** | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P O Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **NC Department of Revenue Attn: Bankruptcy Dept 501 N Wilmington Street P.O. Box 25000 Raleigh, NC 27640-5000** | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | Various | | | | | |
| **Orange County Tax Collector PO Box 8181 Hillsborough, NC 27278** | - | | | | | | 3,948.00 | 3,948.00 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,948.00 | 3,948.00 0.00 |
| Total (Report on Summary of Schedules) | 3,948.00 | 3,948.00 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **University Directories, LLC**                              Case No. _____
                                                                   ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Various | | | | |
| Action Printing Attn: Managing Agent N6637 Rolling Meadows Drive Fond du Lac, WI 54936 | | - | | | Goods Delivered | | | | 1,235,510.00 |
| Account No. | | | | | 10/17/2014 | | | | |
| ADP, Inc. Attn: Managing Agent P O Box 842875 Boston, MA 02284-2875 | | - | | | payroll services | | | | 517.00 |
| Account No. | | | | | Various | | | | |
| Alpha Kappa Psi - Binghamton Attn: Managing Agent 17 Edwards Street Binghamton, NY 13905 | | - | | | Contract Fee | | | | 950.00 |
| Account No. | | | | | Various | | | | |
| Alpha Kappa Psi - Christopher Newport Attn: Managing Agent 1000 University Place Newport News, VA 23606 | | - | | | Contract Fee | | | | 500.00 |

__28__  continuation sheets attached

Subtotal
(Total of this page)                                                                          1,237,477.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Case 14-81184    Doc 1    Filed 10/24/14    Page 18 of 72      S/N:20666-141010    Best Case Bankruptcy

In re    **University Directories, LLC**                 ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alpha Kappa Psi - Indiana**<br>**Attn:  Managing Agent**<br>**3703 East Barrington Drive**<br>**Bloomington, IN 47408** | - | | **Various**<br>**Contract Fee** | | | | 1,000.00 |
| Account No. <br><br> **Alpha Kappa Psi - Mu Chapter**<br>**Attn:  Managing Agent**<br>**2100 Neil Avenue**<br>**Columbus, OH 43210** | - | | **Various**<br>**Contract Fee** | | | | 1,000.00 |
| Account No. <br><br> **Alpha Kappa Psi - Mu Omicron**<br>**Attn:  Managing Agent**<br>**30 N. 7th Street**<br>**Terre Haute, IN 47809** | - | | **Various**<br>**Contract Fee** | | | | 500.00 |
| Account No. <br><br> **Alpha Kappa Psi - San Jose**<br>**Attn: Brian Tang**<br>**Attn:  Managing Agent**<br>**Fremont, CA 94536** | - | | **Various**<br>**Contract Fee** | | | | 1,000.00 |
| Account No. <br><br> **Alpha Phi Omega - Carnegie Mellon**<br>**Attn:  Managing Agent**<br>**500 Forbes Avenue**<br>**Pittsburgh, PA 15289** | - | | **Various**<br>**Contract Fee** | | | | 19,691.00 |

Sheet no. __1__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,191.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **University Directories, LLC**                        ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Contract Fee | | | | |
| Arkansas State University Attn: Managing Agent PO Box 189 State University, AR 72467 | - | | | | | | 21,600.00 |
| Account No. | | | Various Contract Fee | | | | |
| Associated Students California State Fresno Attn: Managing Agent 5280 N. Jackson Avenue Fresno, CA 93740 | - | | | | | | 1,600.00 |
| Account No. | | | Various Contract Fee | | | | |
| Associated Students of the University of California Santa Barbara Attn: Managing Agent Union Center, Room 1519 Santa Barbara, CA 93106-6081 | - | | | | | | 10,000.00 |
| Account No. | | | Various Contract Fee | | | | |
| Associated Students University of California Berkley Attn: Marissa Vessels 2723 Durant Avenue Berkeley, CA 94704 | - | | | | | | 500.00 |
| Account No. | | | Various Contract Fee | | | | |
| ASU AMA Attn: Jennifer Henson 4111 Raley Hall, ASU 32090 Boone, NC 28608-2090 | - | | | | | | 900.00 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **34,600.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re    **University Directories, LLC**                           ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Contract Fee | | | | |
| Auburn University Attn: Managing Agent 23 Samford Hall Auburn, AL 36849 | - | | | | | | 25,500.00 |
| Account No. | | | 41913 Service Provided | | | | |
| BB&T Fee Processing Group Attn: Managing Agent P.O. Box 1033 Charleston, WV 25324 | - | | | | | | 1,250.00 |
| Account No. | | | Various Contract Fee | | | | |
| BCG Systems, Inc. Attn: Managing Agent 1735 Merriman Road Akron, OH 44313-9007 | - | | | | | | 34,634.00 |
| Account No. | | | Various Contract Fee | | | | |
| Binghamton University Attn: Managing Agent 4400 Vestal Pkwy East, Box 6000 Binghamton, NY 13902 | - | | | | | | 22,000.00 |
| Account No. | | | Various Contract Fee | | | | |
| Boston University Attn: Managing Agent 985 Commonwealth Avenue, 1st Floor Boston, MA 02215 | - | | | | | | 2,000.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **85,384.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re  **University Directories, LLC** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | September 2014 Legal Services | | | | |
| Brooks Pierce Attn: Managing Agent P.O. Box 1800 Raleigh, NC 27602 | - | | | | | | | | 6,184.00 |
| Account No. | | | | | Various Contract Fee | | | | |
| Brown University Student Agencies Attn:  Managing Agent 69 Brown Street Providence, RI 02912 | - | | | | | | | | 4,000.00 |
| Account No. | | | | | 41913 Service Provided | | | | |
| CAI Attn:  Managing Agent 2900 Highwoods Blvd Raleigh, NC 27604 | - | | | | | | | | 1,538.00 |
| Account No. | | | | | 41913 Service Provided | | | | |
| Calibrus Attn:  Managing Agent 1225 W Washington Street Tempe, AZ 85281 | - | | | | | | | | 58.00 |
| Account No. | | | | | Various Contract Fee | | | | |
| Career Center - UNCW Attn:  Managing Agent 601 S. College Road Wilmington, NC 28403 | - | | | | | | | | 950.00 |

Sheet no. __4__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          12,730.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **University Directories, LLC**                                      ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Central Michigan University** <br> **Attn:  Managing Agent** <br> **West Hall 201** <br> **Mt Pleasant, MI 48859** | - | | **Various** <br> **Contract Fee** | | | | **35,000.00** |
| Account No. <br><br> **Central Washington University** <br> **Attn:  Managing Agent** <br> **400 E University Way, MS 7436** <br> **Ellensburg, WA 98926** | - | | **Various** <br> **Contract Fee** | | | | **17,000.00** |
| Account No. <br><br> **Clarion University Of Pennsylvania** <br> **Attn:  Managing Agent** <br> **Central Services Bldg** <br> **Clarion, PA 16214** | - | | **Various** <br> **Contract Fee** | | | | **6,500.00** |
| Account No. <br><br> **CMI, Credit Mediators, Inc.** <br> **Attn:  Managing Agent** <br> **P O Box 456** <br> **Upper Darby, PA 19082-0456** | - | | **10/6/14** <br> **Services provided** | | | | **47,380.00** |
| Account No. <br><br> **Coggin Career Management Center** <br> **University of North Florida** <br> **Attn:  Managing Agent** <br> **Jacksonville, FL 32224** | - | | **Various** <br> **Contract Fee** | | | | **1,000.00** |

Sheet no. __5__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **106,880.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re   **University Directories, LLC**                         ,      Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| College Of William & Mary Attn: Managing Agent Jones Hall, Room 12 Williamsburg, VA 23185 | - | | Contract Fee | | | | 500.00 |
| Account No. | | | 41929 | | | | |
| Commonwealth Of Virginia, Treasurer Attn: DGS Fiscal Services Richmond, VA 23218-0562 | - | | Service Provided | | | | 16.00 |
| Account No. | | | Various | | | | |
| Creighton University Attn: Managing Agent 2500 Californinia Place Omaha, NE 68178 | - | | Contract Fee | | | | 17,000.00 |
| Account No. | | | Various | | | | |
| CSU - Chico AMA Attn: Managing Agent 542 Nord Avenue, Apt 11 Chico, CA 95926 | - | | Contract Fee | | | | 950.00 |
| Account No. | | | Various | | | | |
| Data Management, Inc Attn: Managing Agent 4221 Lincoln Avenue Culver City, CA 90232 | - | | Service Provided | | | | 4,689.00 |

Sheet no. __6___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
       (Total of this page)        23,155.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Delta Sigma Pi - Georgetown**<br>**Attn: Managing Agent**<br>**907 25th Street NW**<br>**Washington, DC 20037** | - | | Various<br>Contract Fee | | | | 600.00 |
| Account No.<br><br>**Delta Sigma Pi - Mu Tau Chapter**<br>**Attn: Managing Agent**<br>**9207 Paloma Lane**<br>**Springfield, VA 22153** | - | | Various<br>Contract Fee | | | | 1,200.00 |
| Account No.<br><br>**Delta Sigma Pi - Texas Christian**<br>**Attn: Managing Agent**<br>**2901 Stadium Drive**<br>**Fort Worth, TX 76109** | - | | Various<br>Contract Fee | | | | 750.00 |
| Account No.<br><br>**Delta Sigma Pi - Theta Upsilon Chapter**<br>**Attn: Managing Agent**<br>**515 Loudon Road**<br>**Loudonville, NY 12211-1459** | - | | Various<br>Contract Fee | | | | 800.00 |
| Account No.<br><br>**Delta Sigma Pi - Winona State**<br>**Attn: Managing Agent**<br>**175 West Mark Street**<br>**Winona, MN 55987** | - | | Various<br>Contract Fee | | | | 950.00 |

Sheet no. _7_ of _28_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,300.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Contract Fee | | | | |
| Delta Sigma Pi - Wisconsin Milwaukee Attn: Managing Agent W217 N5507 Taylors Woods Drive Menomonee Falls, WI 53051 | - | | | | | | | 750.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Delta Sigma Pi - Xi Chapter Attn: Managing Agent 603 Mary Court Ann Arbor, MI 48109 | - | | | | | | | 750.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Delta Sigma Pi Upsilon Attn: Managing Agent 515 E. Gregory Drive Champaign, IL 61790-5590 | - | | | | | | | 1,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Duquesne University SGA Attn: Managing Agent 600 Forbes Avenue Pittsburgh, PA 15282 | - | | | | | | | 10,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Eagles Men's Lacrosse Attn: Managing Agent 17298 Knight Drive San Carlos Park, FL 33967 | - | | | | | | | 500.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,000.00

In re     **University Directories, LLC**              ,     Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Contract Fee | | | | |
| **ECU Dowdy Student Store** **Attn: Managing Agent** **100 East Fifth Street** **Greenville, NC 27858** | - | | | | | | | 5,500.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **Elizabethtown College** **Attn: Managing Agent** **One Alpha Drive** **Elizabethtown, PA 17022** | - | | | | | | | 1,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **Embry Riddle Aeronautical University** **Attn: Managing Agent** **600 S Clyde Morris Blvd** **Daytona Beach, FL 32114** | - | | | | | | | 1,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **ETSU Ad Club** **Attn: Managing Agent** **PO Box 70669** **Johnson City, TN 37614** | - | | | | | | | 650.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **F&M Business Club** **Attn: Managing Agent** **415 Harrisburg Avenue** **Lancaster, PA 17604-3003** | - | | | | | | | 1,000.00 |

Sheet no. __9__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     9,150.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re    **University Directories, LLC**                         ,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Contract Fee | | | | |
| Ferris State University Attn: Managing Agent 420 Oak Street Big Rapids, MI 49307 | - | | | | | | | 19,920.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Francis Marion University Attn: Managing Agent 4822 E Palmetto Street Florence, SC 29501 | - | | | | | | | 6,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Franklin & Marshall College Attn: Meghan Kauffman 415 Harrisburg Avenue Lancaster, PA 17604 | - | | | | | | | 700.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Fresno Student Day-By-Day Attn: Managing Agent 5280 N. Jackson Avenue, SU 32 Fresno, CA 93740 | - | | | | | | | 800.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Georgia Southern University Attn: Managing Agent PO Box 8094 Statesboro, GA 30460 | - | | | | | | | 4,500.00 |

Sheet no. __10__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      31,920.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re __University Directories, LLC_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **41912** | | | | **Contract Fee** | | | | |
| Grant Thornton, LLP Attn: Managing Agent P.O. Box 532019 Atlanta, GA 30353-2019 | - | | | | | | | 11,420.00 |
| Account No. | | | | **Various** **Contract Fee** | | | | |
| Hardin-Simmons University Attn: Managing Agent 2200 Hickory St #16150 Abilene, TX 79698 | - | | | | | | | 12,000.00 |
| Account No. | | | | **Various** **Goods Delivered** | | | | |
| Hess Print Solutions Attn: Managing Agent 3765 Sunnybrook Road Brimfield, OH 44240 | | | | | | | | 72,890.00 |
| Account No. | | | | **Various** **Contract Fee** | | | | |
| Hoo Crew Attn: Zack Bartee 218 15th Street, NW, Apt 303 Charlottesville, VA 22903 | - | | | | | | | 1,500.00 |
| Account No. | | | | **Various** **Contract Fee** | | | | |
| Illinois State University Attn: Managing Agent 3500 TNSS NORMAL, IL 61790-3500 | - | | | | | | | 20,000.00 |

Sheet no. __11__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **117,810.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **University Directories, LLC**                                          ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                  41913<br>                                                      Service Provided<br>**Intercall**<br>**Attn: Managing Agent**<br>**P.O. Box 281866**<br>**Atlanta, GA 30384-1866** | - | | | | | | 27.00 |
| Account No.                                  Various<br>                                                      Contract Fee<br>**ISU AMA**<br>**Attn: Managing Agent**<br>**PO Box 5590**<br>**Illinois State University, IL 61790-5590** | - | | | | | | 1,400.00 |
| Account No.                                  3/2/09<br>                                                      loan<br>**James A. Heavner Irrevocable Trust**<br>**Agreement**<br>**Attn: James A. Heavner**<br>**88 Vilcom Center Drive, Suite 160**<br>**Chapel Hill, NC 27514** | - | | | | | | 117,942.00 |
| Account No.                                  2/12/09<br>                                                      loan<br>**James Heavner Irrevocable**<br>**Trust Agreement**<br>**Attn: Manager**<br>**88 Vilcom Center Drive, Suite 160**<br>**Chapel Hill, NC 27514** | - | | | | | | 638,173.00 |
| Account No.                                  Various<br>                                                      Contract Fee<br>**Jessica McChesney**<br>**247 West Utica Street**<br>**Oswego, NY 13126** | - | | | | | | 1,500.00 |
| Sheet no. __12__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 759,042.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

In re **University Directories, LLC** _____, Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Contract Fee | | | | |
| Kennedy Office Supply Attn: Managing Agent P.O. Box 58630 Raleigh, NC 27658 | - | | | | | | | 503.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Lehigh University Attn: Managing Agent 125 Goodman Drive Bethlehem, PA 18015 | - | | | | | | | 18,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Marquette University Student Government Attn: Managing Agent PO Box 1881 AMU 133 Milwaukee, WI 53201 | - | | | | | | | 950.00 |
| Account No. | | | | Various Contract Fee | | | | |
| Marshall University Foundation Attn: Managing Agent One John Marshall Drive Huntington, WV 25755 | - | | | | | | | 12,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| McNeese State University Attn: Managing Agent PO Box 93006 Lake Charles, LA 70609 | - | | | | | | | 5,225.00 |

Sheet no. __13__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,678.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  **University Directories, LLC**                                    ,     Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mercer University**<br>**Attn: Managing Agent**<br>**1400 Coleman Avenue**<br>**Macon, GA 31207** | - | | **Various**<br>**Contract Fee** | | | | 1,500.00 |
| Account No.<br><br>**Michigan State University**<br>**Attn: Managing Agent**<br>**150 Administrative Bldg**<br>**East Lansing, MI 48824-1113** | - | | **Various**<br>**Contract Fee** | | | | 20,000.00 |
| Account No.<br><br>**Millikin University**<br>**Attn: Managing Agent**<br>**1184 W Main Street**<br>**Decatur, IL 62522** | - | | **Various**<br>**Contract Fee** | | | | 2,500.00 |
| Account No.<br><br>**Minnesota State Student Association**<br>**Attn: Managing Agent**<br>**Student Union 280**<br>**Mankato, MN 56001** | - | | **Various**<br>**Contract Fee** | | | | 600.00 |
| Account No.<br><br>**Mississippi State University**<br>**Attn: Managing Agent**<br>**10 McArthur Hall**<br>**Mississippi State, MS 39762** | - | | **Various**<br>**Contract Fee** | | | | 15,500.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                           40,100.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re **University Directories, LLC** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| Mississippi State University Planner Attn: Managing Agent PO Box 5368 Mississippi State University, MS 39762 | - | | Contract Fee | | | | 500.00 |
| Account No. | | | Various | | | | |
| ND Ultimate Attn: Managing Agent 17891 Ponader Drive South Bend, IN 46635 | - | | Contract Fee | | | | 400.00 |
| Account No. | | | 41927 | | | | |
| New Media Campaigns Attn: Managing Agent 118-A East Main Street Carrboro, NC 27510 | | | Service Provided | | | | 49.00 |
| Account No. | | | Various | | | | |
| North Carolina State University Attn: Managing Agent CB 7208 Raleigh, NC 27695 | - | | Contract Fee | | | | 54,000.00 |
| Account No. | | | Various | | | | |
| Northern Michigan University Attn: Managing Agent 1401 Presque Isle Marquette, MI 49855 | - | | Contract Fee | | | | 18,000.00 |

Sheet no. __15__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 72,949.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re   **University Directories, LLC**                   ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oregon State University<br>Attn: Managing Agent<br>Memorial Union East # 118<br>Corvallis, OR 97331-1614** | - | | **Various<br>Contract Fee** | | | | 28,000.00 |
| Account No.<br><br>**OSU Department of Wellness<br>Attn: Managing Agent<br>101 Colvin Recreation Center<br>Stillwater, OK 74078** | - | | **Various<br>Contract Fee** | | | | 1,000.00 |
| Account No.<br><br>**PageCentre, Inc<br>Attn: Managing Agent<br>P.O. Box 28600<br>Tempe, AZ 85285** | - | | **Various<br>Service Provided** | | | | 277.00 |
| Account No.<br><br>**Penn State Marketing Association<br>Attn: Managing Agent<br>478 E. Calder Way<br>State College, PA 16801** | - | | **Various<br>Contract Fee** | | | | 1,500.00 |
| Account No.<br><br>**Pennsylvania State University Planner<br>Attn: Danielle Liotta<br>478 E. Calder Way, Apt 409<br>State College, PA 16801** | - | | **Various<br>Contract Fee** | | | | 1,250.00 |

Sheet no. __16__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal<br>(Total of this page)            **32,027.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re **University Directories, LLC** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| Pi Sigma Epsilon - Tennessee at Martin Attn: Robert T Martin Martin, TN 38237 | | - | Contract Fee | | | | 750.00 |
| Account No. | | | Various | | | | |
| Pi Sigma Epsilon - Virginia Tech Attn: Managing Agent 2016 Pamplin Blacksburg, VA 24061 | | - | Contract Fee | | | | 1,000.00 |
| Account No. | | | Various | | | | |
| Pi Sigma Epsilon - Zeta Alpha Attn: Managing Agent 110 Dryden Road Ithaca, NY 14850 | | - | Contract Fee | | | | 1,000.00 |
| Account No. | | | Various | | | | |
| Ripon Printers Attn: Managing Agent P.O. Box 6 Ripon, WI 54971-0006 | | - | Goods Delivered | | | | 1,009,979.00 |
| Account No. | | | Various | | | | |
| Rutgers University Sports Clubs Attn: Managing Agent 656 Bartholomew Road Picataway, NJ 08854 | | - | Contract Fee | | | | 1,900.00 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 1,014,629.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re    **University Directories, LLC**                                           ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**San Jose Student Day-By-Day**<br>**Attn: Managing Agent**<br>**One Washington Square**<br>**San Jose, CA 95192** | - | | | **Various**<br>**Contract Fee** | | | | 800.00 |
| Account No.<br><br>**Shippensburg AMA**<br>**Attn: Managing Agent**<br>**1871 Old Main Drive, Grove 124**<br>**Shippensburg, PA 17257-2299** | - | | | **Various**<br>**Contract Fee** | | | | 750.00 |
| Account No.<br><br>**SLU Women's Soccer Club**<br>**Attn: Managing Agent**<br>**20 N. Grand Blvd**<br>**St Louis, MO 63103** | - | | | **Various**<br>**Contract Fee** | | | | 950.00 |
| Account No.<br><br>**SMPS - UCF**<br>**Attn: Managing Agent**<br>**PO Box 161400**<br>**Orlando, FL 32816-1400** | - | | | **Various**<br>**Contract Fee** | | | | 1,000.00 |
| Account No.<br><br>**Southern Illinois University**<br>**Attn: Managing Agent**<br>**1275 Pointe Drive, Lentz 107**<br>**Carbondale, IL 62901** | - | | | **Various**<br>**Contract Fee** | | | | 9,500.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          13,000.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re    **University Directories, LLC**                                  ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Contract Fee | | | | |
| **SRU Greek Week** Attn:  Managing Agent 234 Smith Student Center Slippery Rock, PA 16057 | - | | | | | | 800.00 |
| Account No. | | | Various Contract Fee | | | | |
| **Texas Tech Marketing Association** Attn:  Managing Agent 2100 Neil Avenue Lubbock, TX 79409 | - | | | | | | 2,500.00 |
| Account No. | | | Various Contract Fee | | | | |
| **The Citadel** Attn:  Managing Agent 171 Moultrie Street Charleston, SC 29409 | - | | | | | | 10,000.00 |
| Account No. | | | Various Contract Fee | | | | |
| **The College Of William And Mary** Attn:  Managing Agent Jones Hall, Room 12 Williamsburg, VA 23185 | - | | | | | | 62,000.00 |
| Account No. | | | 41789 Service Provided | | | | |
| **Triangle United Way** Attn:  Managing Agent 2400 Perimeter Park Drive Morrisville, NC 27560 | - | | | | | | 324.00 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    75,624.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re __University Directories, LLC_____,     Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| Tulane University Attn: Managing Agent 200 Broadway, Suite 219 New Orleans, LA 70118 | - | | Contract Fee | | | | 21,468.00 |
| Account No. | | | Various | | | | |
| UAB AMA Attn: Managing Agent 1720 2ND AVE SOUTH, BEC 219B BIRMINGHAM, AL 35294-4450 | - | | Contract Fee | | | | 1,000.00 |
| Account No. | | | Various | | | | |
| UK SGA Attn: Managing Agent 120 Student Center Lexington, KY 40506-0030 | - | | Contract Fee | | | | 7,500.00 |
| Account No. | | | Various | | | | |
| UMW Bookstore Attn: Managing Agent 1301 College Avenue Fredericksburg, VA 22401 | - | | Lease Payment | | | | 3,600.00 |
| Account No. | | | Various | | | | |
| UNC Charlotte Attn: Managing Agent 9201 City Blvd, Atkins # 142C Charlotte, NC 28223 | - | | Contract Fee | | | | 12,500.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 46,068.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re   **University Directories, LLC**                   ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Goods Delivered | | | | |
| **United Graphics, Inc.** **2916 Marshall Avenue** **Attn: Managing Agent** **Mattoon, IL 61938** | - | | | | | | | 156,485.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **Univ Of North Carolina-Chapel Hill** **211 Manning Drive** **Attn: Managing Agent** **Chapel Hill, NC 27516** | - | | | | | | | 24,200.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **Univ of Wisconsin - Stevens Point** **900 Reserve Street, Room 104** **Attn: Managing Agent** **Stevens Point, WI 54481** | - | | | | | | | 23,000.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **University Of Alabama-Tuscaloosa** **117 Rose Administration Bldg** **Attn: Managing Agent** **Tuscaloosa, AL 35487** | - | | | | | | | 72,763.00 |
| Account No. | | | | Various Contract Fee | | | | |
| **University Of California-San Diego** **9500 Gilman Drive** **Attn: Managing Agent** **La Jolla, CA 92093-0320** | - | | | | | | | 1,000.00 |

Sheet no. __21__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
          (Total of this page)      **277,448.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

In re    **University Directories, LLC**                     ,     Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **University Of Central Florida** <br> **12461 Research Pkwy** <br> **Attn: Managing Agent** <br> **Orlando, FL 32816** | - | | **Various** <br> **Contract Fee** | | | | **26,000.00** |
| Account No. <br><br> **University of Denver Alumni Relations** <br> **2190 Ashbury Avenue** <br> **Attn: Managing Agent** <br> **Denver, CO 80208** | - | | **Various** <br> **Contract Fee** | | | | **800.00** |
| Account No. <br><br> **University Of Iowa Student Services** <br> **249 Iowa Memorial Union** <br> **Attn: Belinda Marner** <br> **Iowa City, IA 52245** | - | | **Various** <br> **Contract Fee** | | | | **32,000.00** |
| Account No. <br><br> **University Of Louisiana-Lafayette** <br> **1501 Alice Drive** <br> **Attn: Managing Agent** <br> **Lafayette, LA 70503** | - | | **Various** <br> **Contract Fee** | | | | **5,500.00** |
| Account No. <br><br> **University Of Memphis** <br> **303 ADMIN BLDG** <br> **Attn: Managing Agent** <br> **Memphis, TN 38152** | - | | **Various** <br> **Contract Fee** | | | | **13,500.00** |

Sheet no. __22__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,800.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| University Of Michigan 420 Maynard Street Attn: Managing Agent Ann Arbor, MI 48103-4943 | | - | Contract Fee | | | | 13,000.00 |
| Account No. | | | Various | | | | |
| University of Mississippi Associated Student Body Attn: Managing Agent Union 422 University, MS 38677 | | - | Contract Fee | | | | 1,000.00 |
| Account No. | | | Various | | | | |
| University Of Mississippi Planner Union 422 Attn: Managing Agent University, MS 38677 | | - | Contract Fee | | | | 1,000.00 |
| Account No. | | | Various | | | | |
| University of Nebraska-Lincoln American Marketing Association Attn: Managing Agent 310 CBA Lincoln, NE 68588-0492 | | - | Contract Fee | | | | 1,000.00 |
| Account No. | | | Various | | | | |
| University Of North Dakota 264 Centennial Drive Attn: Managing Agent Grand Forks, ND 58202-9014 | | - | Contract Fee | | | | 14,530.00 |

Sheet no. __23__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 30,530.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **University Directories, LLC**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Various Contract Fee | | | | |
| University Of Northern Iowa 126 E Bartlett Attn: Managing Agent Cedar Falls, IA 50614-0392 | - | | | | | | | | 30,000.00 |
| Account No. | | | | | Various Contract Fee | | | | |
| University Of Texas At Austin 100 W Dean Keeton, A5800 Attn: Managing Agent Austin, TX 78713 | - | | | | | | | | 56,000.00 |
| Account No. | | | | | Various Contract Fee | | | | |
| University of Toledo Student Government 2801 W Bancroft Street Attn: Managing Agent Toledo, OH 43606 | - | | | | | | | | 700.00 |
| Account No. | | | | | Various Contract Fee | | | | |
| University Of Vermont Planner 97 N. Union, Apt 2 Attn: Margaret Petrarca Burlington, VT 05401 | - | | | | | | | | 750.00 |
| Account No. | | | | | Various Contract Fee | | | | |
| University Of Virginia 1001 North Emmet Street Attn: Managing Agent Charlottesville, VA 22904 | - | | | | | | | | 55,000.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**142,450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **University Directories, LLC**                                ,    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**University Of Wisconsin - Milwaukee**<br>**3203 N Downer Avenue**<br>**Attn: Managing Agent**<br>**Milwaukee, WI 53211** | - | | **Various**<br>**Contract Fee** | | | | **45,000.00** |
| Account No. <br><br>**University Of Wisconsin-La Crosse**<br>**1725 State Street**<br>**Attn: Managing Agent**<br>**La Crosse, WI 54601** | - | | **Various**<br>**Contract Fee** | | | | **21,000.00** |
| Account No. <br><br>**University Of Wisconsin-River Falls**<br>**410 S 3rd Street**<br>**Attn: Managing Agent**<br>**River Falls, WI 54022-5013** | - | | **Various**<br>**Contract Fee** | | | | **7,000.00** |
| Account No. <br><br>**University Of Wisconsin-Stevens Pt**<br>**900 Reserve Street**<br>**Attn: Managing Agent**<br>**Stevens Point, WI 54481** | - | | **Various**<br>**Contract Fee** | | | | **36,000.00** |
| Account No. <br><br>**University of Wyoming AMA**<br>**1013 S. 9th Street**<br>**Attn: Managing Agent**<br>**Laramie, WY 82070** | - | | **Various**<br>**Contract Fee** | | | | **1,400.00** |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
           (Total of this page)     **110,400.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **University Directories, LLC** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Contract Fee | | | | |
| UNO Student Government 6001 Dodge Street Attn: Managing Agent Omaha, NE 68182 | - | | | | | | 1,400.00 |
| Account No. | | | Various Contract Fee | | | | |
| UNT Ad Club 218 N. Texas Blvd, Apt# 202 Attn: Managing Agent Denton, TX 76201 | - | | | | | | 1,000.00 |
| Account No. | | | Various Service Provided | | | | |
| UPS P.O. Box 7247-0244 Attn: Managing Agent Philadelphia, PA 19170-0001 | - | | | | | | 157.00 |
| Account No. | | | Various Contract Fee | | | | |
| USM Foundation 118 College Drive Attn: Managing Agent Hattiesburg, MS 39406 | - | | | | | | 950.00 |
| Account No. | | | Various Contract Fee | | | | |
| UWEC AMA 105 Garfield Avenue Attn: Managing Agent Eau Claire, WI 54701 | - | | | | | | 800.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,307.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| Villanova University Attn: Managing Agent 800 Lancaster Avenue, 217 Dougherty Hall Villanova, PA 19085 | | - | Contract Fee | | | | 10,000.00 |
| Account No. | | | 2008 | | | | |
| Wells Fargo Bank, N.A. Attn: Linda Weidner, CRT Group 100 E. Wisconsin Ave., Suite 1680 Milwaukee, WI 53202 | X | - | Loan | | | | 1,746,186.00 |
| Account No. | | | Various | | | | |
| Western Kentucky University Attn: Managing Agent 1906 College Heights Blvd Bowling Green, KY 42101-1012 | | - | Contract Fee | | | | 23,000.00 |
| Account No. | | | Various | | | | |
| Western Michigan University Attn: Managing Agent 300 E Wallwood Hall Kalamazoo, MI 49008 | | - | Contract Fee | | | | 63,860.00 |
| Account No. | | | Various | | | | |
| WFU Student Union Attn: Managing Agent PO Box 7658 Winston Salem, NC 27109 | | - | Contract Fee | | | | 750.00 |

Sheet no. __27__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,843,796.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **University Directories, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Windstream Communications Inc** <br> **Attn:  Managing Agent** <br> **PO Box 9001013** <br> **Louisville, KY 40290-1013** | - | | | **Various** <br> **Utility** | | | | **3,493.00** |
| Account No. <br><br> **Womble Carlyle Sandbridge & Rice, LLP** <br> **Attn:  Managing Agent** <br> **P.O. Box 601879** <br> **Charlotte, NC 28260-1879** | - | | | **41913** <br> **Service Provided** | | | | **352.00** |
| Account No. <br><br> **Wright State University** <br> **Attn:  Managing Agent** <br> **3640 Colonel Glenn Hwy** <br> **Dayton, OH 45435** | - | | | **Various** <br> **Contract Fee** | | | | **15,000.00** |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **18,845.00** |
| Total <br> (Report on Summary of Schedules) | **6,295,290.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re    **University Directories, LLC**             ,     Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| James A. Heavner<br>740 Gimghoul Road<br>Chapel Hill, NC 27514 | UDX, LLC<br>Attn: Managing Agent<br>2222 Sedwick Road<br>Durham, NC 27713 |
| James A. Heavner<br>740 Gimghoul Road<br>Chapel Hill, NC 27514 | Wells Fargo Bank, N.A.<br>Attn: Linda Weidner, CRT Group<br>100 E. Wisconsin Ave., Suite 1680<br>Milwaukee, WI 53202 |
| Print Shop Management, LLC<br>Attn: Managing Agent<br>88 Vilcom Center Drive, Suite 160<br>Chapel Hill, NC 27514 | UDX, LLC<br>Attn: Managing Agent<br>2222 Sedwick Road<br>Durham, NC 27713 |
| Vilcom Interactive Media, LLC<br>Attn: Managing Agent<br>88 Vilcom Center Drive, Suite 160<br>Chapel Hill, NC 27514 | UDX, LLC<br>Attn: Managing Agent<br>2222 Sedwick Road<br>Durham, NC 27713 |
| Vilcom Properties, LLC<br>Attn: Managing Agent<br>88 Vilcom Center Drive, Suite 160<br>Chapel Hill, NC 27514 | UDX, LLC<br>Attn: Managing Agent<br>2222 Sedwick Road<br>Durham, NC 27713 |
| Vilcom Real Estate Development (VRD) LLC<br>Attn: Managing Agent<br>88 Vilcom Center Drive, Suite 160<br>Chapel Hill, NC 27514 | UDX, LLC<br>Attn: Managing Agent<br>2222 Sedwick Road<br>Durham, NC 27713 |
| Vilcom Real Estate Development (VRD) LLC<br>Attn: Managing Agent<br>88 Vilcom Center Drive, Suite 160<br>Chapel Hill, NC 27514 | Wells Fargo Bank, N.A.<br>Attn: Linda Weidner, CRT Group<br>100 E. Wisconsin Ave., Suite 1680<br>Milwaukee, WI 53202 |
| Vilcom, LLC<br>Attn: Managing Agent<br>88 Vilcom Center Dive, Suite 160<br>Chapel Hill, NC 27514 | UDX, LLC<br>Attn: Managing Agent<br>2222 Sedwick Road<br>Durham, NC 27713 |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    University Directories, LLC                Case No. _____
                              Debtor(s)             Chapter     11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 24, 2014                  Signature    /s/ James A. Heavner
                                                   James A. Heavner
                                                    Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re  University Directories, LLC          Case No.

                            Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,334.00 |
| Prior to the filing of this statement I have received | $ | 8,334.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    Vilcom, LLC

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    October 24, 2014                /s/ John A. Northen, NCSB

                                            John A. Northen, NCSB 6789
                                            Northen Blue, L.L.P.
                                            1414 Raleigh Road, Suite 435
                                            P.O. Box 2208
                                            Chapel Hill, NC 27515-2208
                                            (919) 968-4441

# United States Bankruptcy Court

## Middle District of North Carolina

In re    **University Directories, LLC**

                Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James A Heavner**<br>**740 Gimghoul Road**<br>**Chapel Hill, NC 27514** | | **93%** | **Membership Interest** |
| **Robert E. Woodruff**<br>**21 Oakwood Drive**<br>**Chapel Hill, NC 27517** | | **7%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **October 24, 2014** _____

Signature **/s/ James A. Heavner** _____

               **James A. Heavner**
               **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    University Directories, LLC                             Case No. _____

                                      Debtor(s)      Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 24, 2014                     /s/ James A. Heavner _____

                                            James A. Heavner/Manager
                                            Signer/Title

```
Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


Action Printing
Attn: Managing Agent
N6637 Rolling Meadows Drive
Fond du Lac, WI 54936


ADP, Inc.
Attn: Managing Agent
P O Box 842875
Boston, MA 02284-2875


Akismit
Attn: Managing Agent


Alpha Kappa Psi - Binghamton
Attn: Managing Agent
17 Edwards Street
Binghamton, NY 13905


Alpha Kappa Psi - Christopher Newport
Attn: Managing Agent
1000 University Place
Newport News, VA 23606


Alpha Kappa Psi - Indiana
Attn: Managing Agent
3703 East Barrington Drive
Bloomington, IN 47408


Alpha Kappa Psi - Mu Chapter
Attn: Managing Agent
2100 Neil Avenue
Columbus, OH 43210
```

Alpha Kappa Psi - Mu Omicron
Attn: Managing Agent
30 N. 7th Street
Terre Haute, IN 47809


Alpha Kappa Psi - San Jose
Attn: Brian Tang
Attn: Managing Agent
Fremont, CA 94536


Alpha Phi Omega - Carnegie Mellon
Attn: Managing Agent
500 Forbes Avenue
Pittsburgh, PA 15289


Amazon Hosting
Attn: Managing Agent


Arkansas State University
Attn: Managing Agent
PO Box 189
State University, AR 72467


Associated Students California State
Fresno
Attn: Managing Agent
5280 N. Jackson Avenue
Fresno, CA 93740


Associated Students of the University
of California Santa Barbara
Attn: Managing Agent
Union Center, Room 1519
Santa Barbara, CA 93106-6081


Associated Students University of
California Berkley
Attn: Marissa Vessels
2723 Durant Avenue
Berkeley, CA 94704


ASU AMA
Attn: Jennifer Henson
4111 Raley Hall, ASU 32090
Boone, NC 28608-2090

Atcom
Attn: Managing Agent
P.O. Box 13476
Durham, NC 27709-3476


Auburn University
Attn: Managing Agent
23 Samford Hall
Auburn, AL 36849


BB&T Fee Processing Group
Attn: Managing Agent
P.O. Box 1033
Charleston, WV 25324


BCG Systems, Inc.
Attn: Managing Agent
1735 Merriman Road
Akron, OH 44313-9007


Binghamton University
Attn: Managing Agent
4400 Vestal Pkwy East, Box 6000
Binghamton, NY 13902


Boston University
Attn: Managing Agent
985 Commonwealth Avenue, 1st Floor
Boston, MA 02215


Brooks Pierce
Attn: Managing Agent
P.O. Box 1800
Raleigh, NC 27602


Brown University Student Agencies
Attn: Managing Agent
69 Brown Street
Providence, RI 02912


CAI
Attn: Managing Agent
2900 Highwoods Blvd
Raleigh, NC 27604

Calibrus
Attn: Managing Agent
1225 W Washington Street
Tempe, AZ 85281


Career Center - UNCW
Attn: Managing Agent
601 S. College Road
Wilmington, NC 28403


Carolina's IT
Attn: Managing Agent
1600 Hillsborough Street
Raleigh, NC 27605


CEI
Attn: Managing Agent
PO Box 90635
Raleigh, NC 27675


Central Michigan University
Attn: Managing Agent
West Hall 201
Mt Pleasant, MI 48859


Central Washington University
Attn: Managing Agent
400 E University Way, MS 7436
Ellensburg, WA 98926


Charles H. Crawford, Jr.
248 Candia Lane
Cary, NC 27519


CIT Finance LLC
Attn: Managing Agent
21146 Network Place
Chicago, IL 60673-1211


Clarion University Of Pennsylvania
Attn: Managing Agent
Central Services Bldg
Clarion, PA 16214

CMI, Credit Mediators, Inc.
Attn: Managing Agent
P O Box 456
Upper Darby, PA 19082-0456


Coggin Career Management Center
University of North Florida
Attn: Managing Agent
Jacksonville, FL 32224


College Of William & Mary
Attn: Managing Agent
Jones Hall, Room 12
Williamsburg, VA 23185


Commonwealth Of Virginia, Treasurer
Attn: DGS Fiscal Services
Richmond, VA 23218-0562


Creighton University
Attn: Managing Agent
2500 Califorinia Place
Omaha, NE 68178


CSU - Chico AMA
Attn: Managing Agent
542 Nord Avenue, Apt 11
Chico, CA 95926


Data Management, Inc
Attn: Managing Agent
4221 Lincoln Avenue
Culver City, CA 90232


De Lage Landen Financial Services
Attn: Managign Agent
1111 Old Eagle School Rd.
Wayne, PA 19087


Delta Sigma Pi - Georgetown
Attn: Managing Agent
907 25th Street NW
Washington, DC 20037

Delta Sigma Pi - Mu Tau Chapter
Attn: Managing Agent
9207 Paloma Lane
Springfield, VA 22153


Delta Sigma Pi - Texas Christian
Attn: Managing Agent
2901 Stadium Drive
Fort Worth, TX 76109


Delta Sigma Pi - Theta Upsilon Chapter
Attn: Managing Agent
515 Loudon Road
Loudonville, NY 12211-1459


Delta Sigma Pi - Winona State
Attn: Managing Agent
175 West Mark Street
Winona, MN 55987


Delta Sigma Pi - Wisconsin Milwaukee
Attn: Managing Agent
W217 N5507 Taylors Woods Drive
Menomonee Falls, WI 53051


Delta Sigma Pi - Xi Chapter
Attn: Managing Agent
603 Mary Court
Ann Arbor, MI 48109


Delta Sigma Pi Upsilon
Attn: Managing Agent
515 E. Gregory Drive
Champaign, IL 61790-5590


Division of Employment Security
formerly Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611


Duquesne University SGA
Attn: Managing Agent
600 Forbes Avenue
Pittsburgh, PA 15282

Eagles Men's Lacrosse
Attn: Managing Agent
17298 Knight Drive
San Carlos Park, FL 33967


ECU Dowdy Student Store
Attn: Managing Agent
100 East Fifth Street
Greenville, NC 27858


Elizabethtown College
Attn: Managing Agent
One Alpha Drive
Elizabethtown, PA 17022


Embry Riddle Aeronautical University
Attn: Managing Agent
600 S Clyde Morris Blvd
Daytona Beach, FL 32114


ETSU Ad Club
Attn: Managing Agent
PO Box 70669
Johnson City, TN 37614


EverBank Commercial Finance Inc.
Attn: Managing Agent
PO Box 911608
Denver, CO 80291


F&M Business Club
Attn: Managing Agent
415 Harrisburg Avenue
Lancaster, PA 17604-3003


Ferris State University
Attn: Managing Agent
420 Oak Street
Big Rapids, MI 49307


Formstack
Attn: Managing Agent
8604 Allisonville Rd.
Suite 300
Indianapolis, IN 46250

Francis Marion University
Attn:  Managing Agent
4822 E Palmetto Street
Florence, SC 29501


Franklin & Marshall College
Attn:  Meghan Kauffman
415 Harrisburg Avenue
Lancaster, PA 17604


Fresno Student Day-By-Day
Attn:  Managing Agent
5280 N. Jackson Avenue, SU 32
Fresno, CA 93740


Georgia Southern University
Attn:  Managing Agent
PO Box 8094
Statesboro, GA 30460


Grant Thornton, LLP
Attn:  Managing Agent
P.O. Box 532019
Atlanta, GA 30353-2019


Hardin-Simmons University
Attn:  Managing Agent
2200 Hickory St #16150
Abilene, TX 79698


Hess Print Solutions
Attn:  Managing Agent
3765 Sunnybrook Road
Brimfield, OH 44240


Hoo Crew
Attn:  Zack Bartee
218 15th Street, NW, Apt 303
Charlottesville, VA 22903


Hootsuite
Attn:  Managing Agent
5 East 8th Avenue
Vancouver BC 5VT 1R6

Illinois State University
Attn: Managing Agent
3500 TNSS
NORMAL, IL 61790-3500


Intercall
Attn: Managing Agent
P.O. Box 281866
Atlanta, GA 30384-1866


ISU AMA
Attn: Managing Agent
PO Box 5590
Illinois State University, IL 61790-5590


James A. Heavner
740 Gimghoul Road
Chapel Hill, NC 27514


James A. Heavner Irrevocable Trust
Agreement
Attn: James A. Heavner
88 Vilcom Center Drive, Suite 160
Chapel Hill, NC 27514


James Heavner Irrevocable
Trust Agreement
Attn: Manager
88 Vilcom Center Drive, Suite 160
Chapel Hill, NC 27514


Jessica McChesney
247 West Utica Street
Oswego, NY 13126


Kennedy Office Supply
Attn: Managing Agent
P.O. Box 58630
Raleigh, NC 27658


Key Equipment Finance Inc.
Attn: Managing Agent
PO Box 74713
Cleveland, OH 44194

LEAF Capital Funding, LLC
Attn: Managing Agent
One Commerce Square
14th Floor
Philadelphia, PA 19103


Lehigh University
Attn: Managing Agent
125 Goodman Drive
Bethlehem, PA 18015


Marquette University Student Government
Attn: Managing Agent
PO Box 1881 AMU 133
Milwaukee, WI 53201


Marshall University Foundation
Attn: Managing Agent
One John Marshall Drive
Huntington, WV 25755


McNeese State University
Attn: Managing Agent
PO Box 93006
Lake Charles, LA 70609


Mercer University
Attn: Managing Agent
1400 Coleman Avenue
Macon, GA 31207


Michigan State University
Attn: Managing Agent
150 Administrative Bldg
East Lansing, MI 48824-1113


Miles 33 International
Attn: Managing Agent
40 Richards Ave.
Norwalk, CT 06854


Millikin University
Attn: Managing Agent
1184 W Main Street
Decatur, IL 62522

Minnesota State Student Association
Attn: Managing Agent
Student Union 280
Mankato, MN 56001


Mississippi State University
Attn: Managing Agent
10 McArthur Hall
Mississippi State, MS 39762


Mississippi State University Planner
Attn: Managing Agent
PO Box 5368
Mississippi State University, MS 39762


NC Department of Revenue
Attn: Bankruptcy Dept
501 N Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-5000


ND Ultimate
Attn: Managing Agent
17891 Ponader Drive
South Bend, IN 46635


NetSuite
Attn: Managing Agent
15612 Collections Center Drive
Chicago, IL 60693


New Media Campaigns
Attn: Managing Agent
118-A East Main Street
Carrboro, NC 27510


North Carolina State University
Attn: Managing Agent
CB 7208
Raleigh, NC 27695


Northern Michigan University
Attn: Managing Agent
1401 Presque Isle
Marquette, MI 49855

Orange County Tax Collector
PO Box 8181
Hillsborough, NC 27278


Oregon State University
Attn: Managing Agent
Memorial Union East # 118
Corvallis, OR 97331-1614


OSU Department of Wellness
Attn: Managing Agent
101 Colvin Recreation Center
Stillwater, OK 74078


PageCentre, Inc
Attn: Managing Agent
P.O. Box 28600
Tempe, AZ 85285


Penn State Marketing Association
Attn: Managing Agent
478 E. Calder Way
State College, PA 16801


Pennsylvania State University Planner
Attn: Danielle Liotta
478 E. Calder Way, Apt 409
State College, PA 16801


Pi Sigma Epsilon - Tennessee at Martin
Attn: Robert T Martin
Martin, TN 38237


Pi Sigma Epsilon - Virginia Tech
Attn: Managing Agent
2016 Pamplin
Blacksburg, VA 24061


Pi Sigma Epsilon - Zeta Alpha
Attn: Managing Agent
110 Dryden Road
Ithaca, NY 14850

Print Shop Management, LLC
Attn: Managing Agent
88 Vilcom Center Drive, Suite 160
Chapel Hill, NC 27514


Ripon Printers
Attn: Managing Agent
P.O. Box 6
Ripon, WI 54971-0006


Rutgers University Sports Clubs
Attn: Managing Agent
656 Bartholomew Road
Picataway, NJ 08854


San Jose Student Day-By-Day
Attn: Managing Agent
One Washington Square
San Jose, CA 95192


Sherweb
Attn: Managing Agent
2915 Ogletown Road, #1073
Newark, DE


Shippensburg AMA
Attn: Managing Agent
1871 Old Main Drive, Grove 124
Shippensburg, PA 17257-2299


SLU Women's Soccer Club
Attn: Managing Agent
20 N. Grand Blvd
St Louis, MO 63103


SMPS - UCF
Attn: Managing Agent
PO Box 161400
Orlando, FL 32816-1400


Southern Illinois University
Attn: Managing Agent
1275 Pointe Drive, Lentz 107
Carbondale, IL 62901

SRU Greek Week
Attn: Managing Agent
234 Smith Student Center
Slippery Rock, PA 16057


Texas Tech Marketing Association
Attn: Managing Agent
2100 Neil Avenue
Lubbock, TX 79409


The Citadel
Attn: Managing Agent
171 Moultrie Street
Charleston, SC 29409


The College Of William And Mary
Attn: Managing Agent
Jones Hall, Room 12
Williamsburg, VA 23185


Tranquil
Attn: Managing Agent
P.O. Box 10713
Raleigh, NC 27605


Triangle United Way
Attn: Managing Agent
2400 Perimeter Park Drive
Morrisville, NC 27560


Tulane University
Attn: Managing Agent
200 Broadway, Suite 219
New Orleans, LA 70118


UAB AMA
Attn: Managing Agent
1720 2ND AVE SOUTH, BEC 219B
BIRMINGHAM, AL 35294-4450


UDX, LLC
Attn: Managing Agent
2222 Sedwick Road
Durham, NC 27713

UK SGA
Attn: Managing Agent
120 Student Center
Lexington, KY 40506-0030


UMW Bookstore
Attn: Managing Agent
1301 College Avenue
Fredericksburg, VA 22401


UNC Charlotte
Attn: Managing Agent
9201 City Blvd, Atkins # 142C
Charlotte, NC 28223


United Graphics, Inc.
2916 Marshall Avenue
Attn: Managing Agent
Mattoon, IL 61938


Univ Of North Carolina-Chapel Hill
211 Manning Drive
Attn: Managing Agent
Chapel Hill, NC 27516


Univ of Wisconsin - Stevens Point
900 Reserve Street, Room 104
Attn: Managing Agent
Stevens Point, WI 54481


University Of Alabama-Tuscaloosa
117 Rose Administration Bldg
Attn: Managing Agent
Tuscaloosa, AL 35487


University Of California-San Diego
9500 Gilman Drive
Attn: Managing Agent
La Jolla, CA 92093-0320


University Of Central Florida
12461 Research Pkwy
Attn: Managing Agent
Orlando, FL 32816

University of Denver Alumni Relations
2190 Ashbury Avenue
Attn: Managing Agent
Denver, CO 80208


University Of Iowa Student Services
249 Iowa Memorial Union
Attn: Belinda Marner
Iowa City, IA 52245


University Of Louisiana-Lafayette
1501 Alice Drive
Attn: Managing Agent
Lafayette, LA 70503


University Of Memphis
303 ADMIN BLDG
Attn: Managing Agent
Memphis, TN 38152


University Of Michigan
420 Maynard Street
Attn: Managing Agent
Ann Arbor, MI 48103-4943


University of Mississippi Associated
Student Body
Attn: Managing Agent
Union 422
University, MS 38677


University Of Mississippi Planner
Union 422
Attn: Managing Agent
University, MS 38677


University of Nebraska-Lincoln American
Marketing Association
Attn: Managing Agent
310 CBA
Lincoln, NE 68588-0492


University Of North Dakota
264 Centennial Drive
Attn: Managing Agent
Grand Forks, ND 58202-9014

University Of Northern Iowa
126 E Bartlett
Attn: Managing Agent
Cedar Falls, IA 50614-0392


University Of Texas At Austin
100 W Dean Keeton, A5800
Attn: Managing Agent
Austin, TX 78713


University of Toledo Student Government
2801 W Bancroft Street
Attn: Managing Agent
Toledo, OH 43606


University Of Vermont Planner
97 N. Union, Apt 2
Attn: Margaret Petrarca
Burlington, VT 05401


University Of Virginia
1001 North Emmet Street
Attn: Managing Agent
Charlottesville, VA 22904


University Of Wisconsin - Milwaukee
3203 N Downer Avenue
Attn: Managing Agent
Milwaukee, WI 53211


University Of Wisconsin-La Crosse
1725 State Street
Attn: Managing Agent
La Crosse, WI 54601


University Of Wisconsin-River Falls
410 S 3rd Street
Attn: Managing Agent
River Falls, WI 54022-5013


University Of Wisconsin-Stevens Pt
900 Reserve Street
Attn: Managing Agent
Stevens Point, WI 54481

University of Wyoming AMA
1013 S. 9th Street
Attn: Managing Agent
Laramie, WY 82070


UNO Student Government
6001 Dodge Street
Attn: Managing Agent
Omaha, NE 68182


UNT Ad Club
218 N. Texas Blvd, Apt# 202
Attn: Managing Agent
Denton, TX 76201


UPS
P.O. Box 7247-0244
Attn: Managing Agent
Philadelphia, PA 19170-0001


US Bank Equipment Finance
Attn: Managing Agent
P.O. Box 790448
St. Louis, MO 63179-0448


USM Foundation
118 College Drive
Attn: Managing Agent
Hattiesburg, MS 39406


UWEC AMA
105 Garfield Avenue
Attn: Managing Agent
Eau Claire, WI 54701


Vilcom Interactive Media, LLC
Attn; Managing Agent
88 Vilcom Center Drive, Suite 160
Chapel Hill, NC 27514


VilCom McClamroch Property LLC
Attn: Managing Agent
88 VilCom Center Drive
Chapel Hill, NC 27514

Vilcom Properties, LLC
Attn: Managing Agent
88 Vilcom Center Drive, Suite 160
Chapel Hill, NC 27514


Vilcom Real Estate Development (VRD) LLC
Attn: Managing Agent
88 Vilcom Center Drive, Suite 160
Chapel Hill, NC 27514


Vilcom, LLC
Attn: Managing Agent
88 Vilcom Center Dive, Suite 160
Chapel Hill, NC 27514


Villanova University
Attn: Managing Agent
800 Lancaster Avenue, 217 Dougherty Hall
Villanova, PA 19085


Wells Fargo Bank, N.A.
Attn: Linda Weidner, CRT Group
100 E. Wisconsin Ave., Suite 1680
Milwaukee, WI 53202


Western Kentucky University
Attn: Managing Agent
1906 College Heights Blvd
Bowling Green, KY 42101-1012


Western Michigan University
Attn: Managing Agent
300 E Wallwood Hall
Kalamazoo, MI 49008


WFU Student Union
Attn: Managing Agent
PO Box 7658
Winston Salem, NC 27109


Windstream Communications Inc
Attn: Managing Agent
PO Box 9001013
Louisville, KY 40290-1013

Womble Carlyle Sandbridge & Rice, LLP
Attn: Managing Agent
P.O. Box 601879
Charlotte, NC 28260-1879


Wright State University
Attn: Managing Agent
3640 Colonel Glenn Hwy
Dayton, OH 45435


James A Heavner
740 Gimghoul Road
Chapel Hill, NC 27514


Robert E. Woodruff
21 Oakwood Drive
Chapel Hill, NC 27517

# United States Bankruptcy Court
## Middle District of North Carolina

In re    University Directories, LLC

Debtor(s)

Case No. _____

Chapter    11

 

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   University Directories, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 24, 2014
Date

/s/ John A. Northen, NCSB

John A. Northen, NCSB 6789
**Signature of Attorney or Litigant**
Counsel for   University Directories, LLC
Northen Blue, L.L.P.
1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441