IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-81184 |
| | § | |
| UNIVERSITY DIRECTORIES, LLC, et al | § | (Consolidated for Purposes of |
| | § | Administration) |
| DEBTORS. | § | CHAPTER 11 |

**MOTION TO CONVERT CASES OF VILCOM, LLC, VILCOM PROPERTIES, LLC AND VILCOM REAL ESTATE DEVELOPMENT TO CHAPTER 7 OR ALTERNATIVELY TO DISMISS**

COMES NOW, creditor UDX, LLC ("UDX" or "Movant") and files this motion to dismiss or convert to chapter 7 (the "Motion") the bankruptcy cases of VILCOM, LLC ("Vilcom"), VILCOM PROPERTIES, LLC ("VP"), and VILCOM REAL ESTATE DEVELOPMENT, ("VRD" and together with Vilcom, and VP, the "Debtors"). In support of the Motion, UDX respectfully states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate and rules governing the relief sought herein are 11 U.S.C. §§ 105, and 1112 and Federal Rules of Bankruptcy Procedure 1017 and 9014.

**BACKGROUND**

2. On October 24, 2014 (the "Petition Date"), the Debtors commenced their cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

3. Harrington Bank, FSB ("Bank") is a North Carolina bank which was acquired through merger by Bank of North Carolina in 2014. Debtors entered into a series of loan

agreements, security agreements and promissory notes with Harrington Bank, FSB prior to the merger (the "Loan Agreements"). The indebtedness called for in the Loan Agreements is secured by the granting of liens and security interests in certain property of the Debtors (the "Collateral"). The Collateral is fully described in the Loan Agreements, but generally, the Debtors granted security interests/liens in all of Debtors' business assets, including cash and cash equivalents, and the assets of certain affiliates who are not named Debtors, as well as certain pieces of real property.

4. On October 10, 2014, UDX purchased from Bank of North Carolina ("BONC"), BONC's position in certain of the Loan Agreements with the Debtors. Also on October 10, 2014, Southland National Insurance Corporation ("SNIC") purchased from BONC, BONC's position in the VRD Loan Agreements. On October 21, 2014, UDX purchased from SNIC, SNIC's position in the VRD Loan Agreements. UDX is now the owner and holder of all of the Loan Agreements.

5. Prior to the Petition Date, Debtors committed multiple defaults and breaches of the Loan Agreements. Also prior to the Petition Date, UDX filed suit against Debtors, and James Heavner in the Superior Court of Durham County, North Carolina to recover damages and equitable relief for common law breach of contract, injunctive relief, claim and delivery, attachment and receivership.

6. Cause exists to dismiss the cases of VP, VRD, and Vilcom, or convert them to cases under chapter 7, because of the continuing loss and diminution of each of their estates and the absence of a reasonable likelihood of rehabilitation.

## RELIEF REQUESTED

7. Movant requests that the Court convert the cases of VP, VRD, and Vilcom to chapter 7 proceedings, or dismiss these cases, whichever is in the best interests of the creditors and the estates.

8. Neither VP nor VRD have ever been operating entities. Neither VP nor VRD generate any revenue. VP's only asset is its equity ownership of VRD. VRD is nothing other than a holding company set up to hold ownership of James Heavner's personal homes. VRD has filed a motion to sell these homes, and thus has no intent of reorganizing. Neither VP nor VRD has any ongoing business operations.

9. Vilcom appears to be a management company that has no operations other than back office services to the other Debtors. There is no management contract between Vilcom and any other Debtors. Vilcom has no revenue. Vilcom has no means of paying any of its operating expenses, much less the expenses of a chapter 11 case.

10. Section 1112(b)(1) of the Bankruptcy Code provides:

> Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

11 U.S.C. § 1112(b)(1).

11. Section 1112(b)(4) of the Bankruptcy Code provides:

> For purposes of this subsection, the term "cause" includes - substantial or continuing loss to or diminution of the estate and absence of a reasonable likelihood of rehabilitation;

11 U.S.C. § 1112(b)(4).

12. Because they (i) lack business operations of any kind, (ii) have no unencumbered assets, and (iii) have no means of generating revenue, there is no reasonable likelihood that any of VP, VRD, or Vilcom will be able to confirm a plan under chapter 11. There is no reason to subject their creditors or estates to the time and expense of chapter 11 proceedings. Dismissal or conversion to chapter 7 provides a more efficient procedure.

WHEREFORE, PREMESIS CONSIDERED, Movant prays that this Court (i) grant the Motion; (ii) convert the cases of VP, VRD, and Vilcom to chapter 7 proceedings or dismiss the cases, whichever is in the best interests of creditors and the estates; and (iii) grant Movant such other and further relief to which it may be entitled.

Dated: December 8, 2014
Durham, North Carolina

**ANDERSON JONES, PLLC**

/s/ Lindsey E. Powell
Lindsey E. Powell, NCSB #39993
P.O. Box 20248
Raleigh, NC 27619
Telephone: 919-277-2541
Facsimile: 919-277-2544
Email: lpowell@andersonandjones.com

and

**ANDERSON TOBIN, PLLC**

/s/ J. Seth Moore
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@andersontobin.com
J. Seth Moore
Texas Bar No. 24027522
smoore@andersontobin.com
Anderson Tobin, PLLC
One Galleria Tower
13355 Noel Rd., Ste. 1900
Dallas, Texas 75240
Telephone: (972) 789-1160
Facsimile: (972) 789-1606
*Admitted Pro hac vice*

ATTORNEYS FOR UDX, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following, and all other parties who have filed a notice of appearance:

University Directories, LLC
88 Vilcom Center Dr., Suite 160
Chapel Hill, NC 27514-1666

John A. Northen/Vicki L. Parrott
John Paul H. Cournoyer
Northen Blue, LLP
P.O. Box 2208
Chapel Hill, NC 27515-2208

William P. Miller
Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402

Mitchell A. Tuchman
Womble Carlyle Sandridge & Rice, LLP
2530 Meridian Parkway, Ste. 400
Durham, NC 27713

Action Printing
Attn: Managing Agent
N6637 Rolling Meadows Drive
Fond du Lac, WI 54936

Wells Fargo Bank, NA
Attn: Linda Weidner, CRT Group
100 E. Wisconsin Ave., Suite 1680
Milwaukee, WI 53202

Alpert Family Foundation
Attn: Managing Agent
12802 N. Scottsdale Road
Scottsdale, AZ 85254

Ripon Printers
Attn: Managing Agent
P.O. Box 6
Ripon, WI 54971-0006

Dara Caricofe
1113 Smokewood Drive
Apex, NC 27502

United Graphics, Inc.
Attn: Managing Agent
2916 Marshall Avenue
Mattoon, IL 61938

Hess Print Solutions
Attn: Managing Agent
2765 Sunnybrook Road
Brimfield, OH 44194

University of Alabama-Tuscaloosa
Attn: Managing Agent
117 Rose Administration Building
Tuscaloosa, AL 35487

The College of William and Mary
Attn: Managing Agent
Jones Hall, Room 12
Williamsburg, VA 23185

Western Michigan University
Attn: Managing Agent
300 E. Wallwood Hall
Kalamazoo, MI 49008

University of Virginia
Attn: Managing Agent
1001 North Emmet Street
Charlottesville, VA 22904

University of Texas at Austin
Attn: Managing Agent
100 W. Dean Keeton, A5800
Austin, TX 78713

North Carolina State University
Attn: Managing Agent
CB 7208
Raleigh, NC 27695

CMI-Credit Mediators, Inc.
Attn: Managing Agent
P.O. Box 456
Upper Darby, PA 19082-0456

University of Wisconsin – Milwaukee
Attn: Managing Agent
3203 N Downer Avenue
Milwaukee, WI 53211

University of Wisconsin-Stevens Pt
Attn: Managing Agent
900 Reserve Street
Stevens Point, WI 54481

Central Michigan University
Attn: Managing Agent
West Hall 201
Mt. Pleasant, MI 48859

BCG Systems, Inc.
Attn: Managing Agent
1735 Merriman Road
Akron, OH 44313-9007

University of Iowa Student Services
Attn: Belinda Marner
249 Iowa Memorial Union
Iowa City, IA 52245

Bank of North Carolina
Attn: George F. Sanderson III
Lauren A. Golden
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27615

Edward S. Holmes, Jr.
Attn: William C. Smith, Jr.
Manning, Fulton & Skinner, P.A.
P.O. Box 20389
Raleigh, NC 27619-0389

The University of Iowa
Attn: Gay D. Pelzer, Deputy General Counsel
Office of General Counsel
120 Jessup Hall
Iowa City, IA 52242-1316

Madison University Mall, LLC
Attn: John H. Capitano
2600 One Wachovia Center
301 S. College Street
Charlotte, NC 28202-6038

The Official Committee of
Unsecured Creditors
Terri L. Gardner
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Ave.
Raleigh, NC 27612

Signed this the 8th day of December 2014.

      /s/ J. Seth Moore
      J. Seth Moore