UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
)
UNIVERSITY DIRECTORIES. LLC., et al. ) Case No. 14-81184
) Chapter 11
) (jointly administered)
Debtors )
_____)

RESPONSE OF THE BANKRUPTCY ADMINISTRATOR TO
THE JOINT MOTION BY THE DEBTORS TO AUTHORIZE INTERCOMPANY
POST PETITION FINANCING

Now comes the United States Bankruptcy Administrator, by and through Counsel, and by way of Response to the Joint Motion by the Debtors to Authorize Intercompany Post Petition Financing, alleges and says:

1. The jointed administered Debtors filed voluntary Chapter 11 petitions on October 24, 2014.

2. The Debtors have filed a Motion to Authorize Intercompany Post Petition Financing.

3. The Bankruptcy Administrator supports this Motion with the following restrictions:

    A. The borrowing authorization should be limited to a short period, such as 30 days, tied to the authorization for the use of cash collateral;

    B. The borrowing authorization should be limited only to those entities which have the immediate need for operating funds. Upon information and belief, if the relief is limited to the next 30 days, only University Directories and Vilcom, LLC. would have need of operating funds.[1]

    C. The borrowing authorization should be limited only to the amount necessary to maintain the operations of the Debtors at the current levels; the BA suggests $225,000.

---

[1] It appears that all expenses of Vilcom, LLC are being covered by University Directories, so that Vilcom LLC is not in fact in need of funds.

D. The proposed "carve out" for Debtors' counsel and Committee Counsel should not be addressed in this Motion, but should be the subject of an Amended or Supplemental Cash Collateral Motion. To the extent addressed by this Motion, the BA recommends that the relief be limited to University Directories, be limited to fees incurred with respect to University Directories, and be limited to $25,000.00 for Debtor's Counsel and $25,000 for Committee professionals.

This the 29th day of December, 2014.

William P. Miller, Esq.
U.S. Bankruptcy Administrator

By s/Robert E. Price, Jr.
Robert E. Price, Jr.
Staff Attorney
State Bar No. 9422

Of Counsel:

Office of the Bankruptcy Administrator
P.O. Box 1828
Greensboro, North Carolina 27402-1828
tel: 336.358.4179
fax: 336.358.4185

CERTIFICATE OF SERVICE

       This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/E.C.F) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

John A. Northen, Esq.

James Seth Moore, Esq.

Lindsey Ellis Powell, Esq.

Terri L. Gardner, Esq.

DATED: December 29, 2014.   .          s/Robert E. Price, Jr.
       Assistant Bankruptcy Administrator