UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

**In Re:**

**University Directories, LLC.**
                  **Debtor.**

Case No. B-14-81184

REPORT OF UNCLAIMED FUNDS

    COMES NOW Charles M. Ivey, III, Trustee of the estate of the above-named Debtor, and reports to the Court as follows:

1. Various checks have been drawn upon the funds of the above-referenced estate pursuant to orders of the Court or as set out in the Trustee's Final Report.

2. There have been five (5) checks drawn upon estate funds that were not negotiated by the payees, and stop payment requests have been sought pursuant to *11 U.S.C. § 347(a)*. The following are the payees, with their last known addresses and the amounts to which they were entitled to be paid from the remaining property of the estate. Inasmuch as the checks issued have not been negotiated by the payees or returned undelivered, pursuant to *Bankruptcy Rule 3011,* they are considered and hereby reported as unclaimed funds:

| Payee | Check No. | Amount |
|---|---|---|
| Action Advertising, Inc. d/b/a Action Printing Gannett Co. Inc. Legal Department 7950 Jones Branch Drive McLean VA 22107 | Check No. 11021 Check No. 11011 | $3,050.25 $25,112.35 |
| Radio Advertising Bureau, Inc. 400 East Las Colinas Blvd Suite 350 Irving TX 75039 | Check No. 11019 | $1.50 |
| United Parcel service c/o RMS Bankruptcy Recovery PO Box 4396 Timonium MD 21094 | Check No. 11009 | $11.77 |

       Delta Sigma Pi-Oklahoma    Check No. 11005    $800.00
       Brett Clements
       PO Box 514
       Lamar MO 41521 43021

3. Pursuant to *11 U.S.C. § 347(a),* enclosed herein is a check to United States Bankruptcy Court, Clerk of the Court, totaling $28,975.87, which represents the total of the above-referenced unclaimed funds. There are no remaining funds of this estate being held in trust.

This the 9th day of November, 2022.

                                  */s/ Charles M. Ivey, III*
                                  Charles M. Ivey, III/Trustee
                                  NCSB# 8333
                                  100 South Elm Street, Suite 500
                                  Greensboro NC 27401
                                  Telephone: 336-274-4658